IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM T. HOLLIDAY,
    Plaintiff,

vs.                              Case No.: 3:05cv312/RV/EMT

FRANCISCO MEJIA, et al.,
    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 28, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      **DONE AND ORDERED** this 12th day of July, 2006.


                            /s/ *Roger Vinson*
                            **ROGER VINSON**
                            **SENIOR UNITED STATES DISTRICT JUDGE**